PLAINTIFF

GERTRUDE MITCHUAL
18253 HURRICANE COURT
HAGERSTOWN, MD- 21740

DEFENDANT

BROOKDALE SENIOR LIVING
CORPORATE HEADQUARTERS
111 WESTWOOD PLACE
SUITE 400
NASHVILLE, TN. 37027

TEL # 888-221-7317

I, Gertrude Mitchard is filing a law suit for Racial descrimination against Brookdale Senior living. This led to a situation so terrible that the work environment became very unsafe and extremely stressful for me to continue working. The facility is the Brookdale Senior living facility located in Hagerstown, md. The racial descrimination treatment I endured was from the Executive Director (Bob) to other staff members that I can name. I am asking for $2.5 million.

Getty Mitchard
12/06/2018
410-963-4806