UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

**Gertrude Mitchual**,

Plaintiff,

v.

**Brookdale Senior Living, Inc.**,

Defendant.

Case No. 19-cv-00735-RDB

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Please take notice that Plaintiff Gertrude Mitchual voluntarily dismisses without prejudice this civil action against Defendant Brookdale Senior Living, Inc. Brookdale has not answered or moved for summary judgment. Nor has Mitchual previously dismissed a civil action based on any of the claims raised in this civil action. Thus, dismissal without prejudice is proper without a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B) (permitting non-prejudicial voluntary dismissal of non-class action without court order so long as defendant has not answered or moved for summary judgment and plaintiff has not previously dismissed an action based on any claims asserted in the action to be dismissed).

Respectfully Submitted,

/s/ Onyebuchim A. Chinwah
Onyebuchim A. Chinwah
THE CHINWAH FIRM LLC
8403 Colesville Road Suite 1100
Silver Spring, MD 20910
Phone: (240) 842-9292
Fax: (240) 892-3042
Email: oc@chinwahfirm.com

*Attorney for Gertrude Mitchual*

DATED: March 15, 2019

Request **GRANTED** this 18th day of March, 2019.

_____
Richard D. Bennett
United States District Judge